Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DONGKUK STEEL MILL CO., LTD., <br><br> Plaintiff <br> v. <br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br> Court No. 24- 00191 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/  **Mario Toscano**
Clerk of the Court

1. The plaintiff in this action is Dongkuk Steel Mill Co., Ltd., which is a foreign manufacturer and exporter of the merchandise that was the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the 2022 administrative review of the countervailing duty order on Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea.  *See Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea: Final Results of the Countervailing Duty Administrative Review*; *2022*, 89 Fed. Reg. 73626 (Sept. 11, 2024).
(Brief description of contested determination)

3. The final results of the 2022 administrative review of the countervailing duty order on Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea was announced in a document signed on September 5, 2024.  The notice was published in the *Federal Register* on September 11, 2024.
(Date of determination)

4. The final results of the 2022 administrative review of the countervailing duty order on Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea was published in the *Federal Register* at 89 Fed. Reg. 73626 on September 11, 2024.
(If applicable, date of publication in Federal Register of notice of contested determination)

        Jeffrey M. Winton
        WINTON & CHAPMAN PLLC
        1100 13th Street, N.W., Suite 825
        Washington, DC  20005
        Telephone:  (202) 774-5503
        Email:  jwinton@winton.law

        Attorney for Plaintiff Dongkuk Steel Mill Co., Ltd.

/s/Jeffrey M. Winton
Signature of Plaintiff's Attorney

October 11, 2024
Date

‌

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)