Before the
United States Court of International Trade

| | |
|---|---|
| Dongkuk Steel Mill Co., Ltd.<br><br>                    Plaintiff<br><br>          v.<br><br>United States,<br><br>                    Defendant. | Court No. 24-00191 |

COMPLAINT

Plaintiff Dongkuk Steel Mill Co., Ltd. ("Plaintiff"), files this complaint to contest the final determination by the U.S. Department of Commerce ("Commerce") in the 2022 administrative review of the countervailing duty order on Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea.

Jurisdiction

1. This action arises out of a countervailing duty administrative review conducted by Commerce pursuant to Section 751 of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. § 1675. Commerce published notice of the final results of the review in the *Federal Register* on September 11, 2024. *See Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea: Final Results of the Countervailing Duty Administrative Review*; 2022, 89 Fed. Reg. 73626 (Sept. 11, 2024).

2. This action is commenced pursuant to Sections 516A(a)(2)(A) and (B)(iii) of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. § 1516a(a)(2)(A) and (B)(iii). Consequently, this Court has jurisdiction over this matter by reason of 28 U.S.C.

§ 1581(c), which confers upon the Court exclusive jurisdiction over civil actions commenced under Section 516A of the Act.

### PLAINTIFF'S STANDING TO COMMENCE THIS ACTION

3. Plaintiff is a producer and exporter of certain cut-to-length carbon-quality steel plate from the Republic of Korea, the subject merchandise at issue in this appeal. Plaintiff participated as a mandatory respondent in the administrative review of the countervailing duty order that is the subject of this appeal. Accordingly, Plaintiff is an "interested party" within the meaning of Section 771(9)(A) of the Act, as amended 19 U.S.C. § 1677(9)(A), and has standing to commence this action pursuant to Section 516A(d) of the Act (19 U.S.C. § 1516a(d)) and 28 U.S.C. § 2631(c).

### TIMELINESS OF THIS ACTION

4. On September 11, 2024, the *Final Results* were published in the *Federal Register*. *See Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea: Final Results of the Countervailing Duty Administrative Review*; 2022, 89 Fed. Reg. 73626 (Sept. 11, 2024).

5. On October 11, 2024, Plaintiff initiated this action by filing a summons within the time specified by Section 516A(a)(2) of the Act, 19 U.S.C. § 1516a(a)(2)(A); 28 U.S.C. § 2636(c); and Rule 3(a)(2) of the Rules of this Court which permits parties to challenge the final results of administrative reviews of countervailing duty orders by filing a summons within 30 days after publication of the final results, and a complaint within 30 days thereafter. This complaint is timely filed.

STATEMENT OF CLAIMS

1. Commerce's final determination in the administrative review of the countervailing duty order on Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea for the January 1, 2022, to December 31, 2022 review period was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law for the following reason, among others:  Commerce's finding that electricity was provided for less than adequate remuneration was unsupported by substantial evidence on the record and otherwise not in accordance with law.

DEMAND FOR JUDGMENT

2. WHEREFORE, Plaintiff respectfully requests this Court to:

(1) Declare Commerce's *Final Results* to be arbitrary and capricious, unsupported by substantial evidence, and otherwise not in accordance with law;

(2) Remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court; and

(3) Provide such other relief as this Court deems appropriate.

Respectfully submitted,

/s/Jeffrey M. Winton
Jeffrey M. Winton
Vi N. Mai
Amrietha Nellan
Ruby Rodriguez

WINTON & CHAPMAN PLLC
1100 13th St., N.W., Suite 825
Washington, DC  20005
(202) 774-5500

Attorneys for Dongkuk Steel Mill Co., Ltd.

Dated:  November 12, 2024